KEYTRAK, INC., Plaintiff–Appellee,

v.

KEY REGISTER, L.L.C., Key Register Systems, Inc., and Key Management, Inc., Defendants–Appellants.

No. 04–1497.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2004.

Michael L. Glaser, Michael L. Glaser, Principal Attorney, Chris R. Strohmenger, Michael D. Murphy, Counsel Attorney, Shughart, Thomson & Kilroy, P.C., Denver, CO, for Defendant–Appellant.

Kirk W. Watkins, Principal Attorney, Womble, Carlyle, Sandridge & Rice, Atlanta, GA, for Plaintiff–Appellee.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Antonio C. REYES, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 04–3406.

United States Court of Appeals, Federal Circuit.

Sept. 29, 2004.

Counsel Attorney, Antonio C. Reyes, Zambales, Philippines, for Petitioner.

Christian J. Moran, Principal Attorney, Donald E. Kinner, David M. Cohen, Counsel Attorney, Washington, DC, for Respondent.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.